1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

9  MAXIMILLIANO CISNEROS,                          )
                                                   )
10                      Petitioner,                )          3:13-cv-00033-LRH-VC[
                                                   )
11 vs.                                             )
                                                   )          ORDER
12 WARDEN R. BAKER,                                )
                                                   )
13 _____ Respondent.  )

14          Petitioner Maximilliano Cisneros has filed an application to proceed *in forma pauperis* and

15 submitted a petition for a writ of habeas corpus and a motion for appointment of counsel.   Based on the

16 current information about petitioner's financial status, including any additional information he may have

17 provided, the Court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

18          **IT IS THEREFORE ORDERED** that petitioner's motion for leave to proceed *in forma*

19 *pauperis* without having to prepay the full filing fee (ECF No. 1)  is **DENIED**.   Petitioner shall have

20 thirty (30) days from the date this order is **ENTERED** in which to have the designated fee sent to the

21 Clerk.   Failure to do so may result in the dismissal of this action.   The Clerk is directed to RETAIN the

22 petition and motion but not file them at this time.

23          DATED this 28th day of January, 2013.

24

25                                                 _____
                                                   LARRY R. HICKS
26                                                 UNITED STATES DISTRICT JUDGE

27

28