UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAXMILLIANO CISNEROS,<br><br>　　　　　　　Petitioner,<br>　　v.<br>WARDEN R. BAKER, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:13-cv-00033-MMD-VPC<br><br>ORDER |

In this habeas corpus action, petitioner, through counsel, moves for an enlargement of time to file an amended petition. (Dkt. no. 14.) Petitioner requests an additional sixty (60) days' time. Good cause appearing, the motion is GRANTED. The amended petition will be filed no later than September 16, 2013.

IT IS SO ORDERED.

DATED THIS 23rd day of July 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE