# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAXMILLIANO CISNEROS,<br><br>　　　　　　Petitioner,<br>v.<br><br>WARDEN R. BAKER, et al.,<br><br>　　　　　　Respondents. | Case No. 3:13-cv-00033-MMD-VPC<br><br>ORDER |

IT IS ORDERED that, from this date forward, the hard copy of any exhibits shall be forwarded — for this case — to the staff attorneys in Las Vegas.

DATED THIS 12th day of November 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE